

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| RUDY ABARCA, | § | No. 08-19-00038-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D04057) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 14, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alexandria Serra, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 14, 2019.

IT IS SO ORDERED this 15th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.